# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:15-cr-048-GEB |
| **JUAN JAVIER LOPEZ-SANCHEZ,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: JUAN JAVIER LOPEZ-SANCHEZ
Detained at: Placer County Jail in Auburn, CA
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Nirav K. Desai
Printed Name & Phone No: NIRAV K. DESAI (916) 554-2716
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 9, 2015            /s/ Carolyn K. Delaney
                                Honorable Carolyn K. Delaney
                                U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Javier Sanchez Montiel | ☒ Male ☐ Female | |
| Booking or CDC #: | P00253104 | DOB: | 12/20/1981 |
| Facility Address: | Placer County Jail | Race: | Hispanic |
| Facility Phone: | (530) 745-8500 | FBI#: | 198409MB8 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                      (signature)